PHILLIP A. TALBERT
Acting United States Attorney
KYLE R. RATLIFF
Special Assistant U.S. Attorney
412 TW/JA
1 South Rosamond Blvd.
Edwards AFB, California 93524
Phone: (661) 277-4316 / Fax: (661) 277-2887

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation Nos. 6552351, 6552352, and 6552627 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| ALEXANDER D. ZHANG, | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Numbers 6552351, 6552352, and 6552627, against ALEXANDER D. ZHANG without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: July 31, 2017             Respectfully Submitted,
                                 Phillip A. Talbert
                                 Acting United States Attorney
                         By:     */s/ Kyle R. Ratliff*
                                 KYLE R. RATLIFF
                                 Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Numbers 6552351, 6552352, and 6552627 against ALEXANDER D. ZHANG be dismissed without prejudice, in the interest of justice.

Dated: _____August 1_, 2017

_/s/ Jennifer L. Thurston_
HON. JENNIFER L. THURSTON
United States Magistrate Judge